COMMONWEALTH *vs.* ODELL HARRIS. January 7, 1980. The defendant died the day after argument of his appeal in this court. If a criminal defendant dies while his appeal is under consideration, normally the judgment should be vacated and the indictment dismissed. *Commonwealth* v. *Eisen,* 368 Mass. 813 (1975). Neither the asserted importance of the issues nor any personal interest in the defendant's vindication is sufficient to warrant deciding the appeal. *Id.* at 814. Counsel have not presented any other reason why we should decide this appeal. The matter of counsel fees will be decided by a single justice of this court.

> *Judgment on indictment No. 02436 is vacated;*
> *the case is remanded to the Superior Court*
> *where the indictment shall be dismissed.*

*Bernard Grossberg* for the defendant.

*M. Ashley Brown,* Legal Assistant to the District Attorney (*Michael J. Traft,* Assistant District Attorney, with her) for the Commonwealth.